IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40118
Conference Calendar

_____

DAMON SIMS,

Plaintiff-Appellant,

versus

DAVID W. MCDOWELL, Captain, Beto I;
Chuck BISCOE, Warden, Beto I;
Danny Grazious, Correctional Officer II, Beto I,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:99-CV-182
--------------------
August 23, 2000

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges

PER CURIAM:[*]

Damon Sims (TDCJ # 641674) appeals the magistrate judge's dismissal of his pro se and in forma pauperis (IFP) civil rights complaint pursuant to 28 U.S.C. § 1915A. Sims asserts that he was denied due process in connection with a disciplinary proceeding.

Prisoner complaints may be dismissed under § 1915A if they are "frivolous, malicious, or fail[] to state a claim upon which

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

relief may be granted[.]"  See § 1915A(b)(1); <u>Ruiz v. United States</u>, 160 F.3d 273, 274 (5th Cir. 1998).  A dismissal under § 1915A is reviewed <u>de</u> <u>novo</u>.  <u>Ruiz</u>, 160 F.3d at 275.

The magistrate judge did not err by concluding that Sims has not shown the violation of a protected liberty interest in connection with the disciplinary proceeding.  See <u>Malchi v. Thaler</u>, 211 F.3d 953, 958 (5th Cir. 2000); <u>Madison v. Parker</u>, 104 F.3d 765, 767-68 (5th Cir. 1997).  The judgment is thus AFFIRMED.  All outstanding motions are DENIED.

AFFIRMED; MOTIONS DENIED.